1

2

3

4

5

6

7

8             UNITED STATES DISTRICT COURT
          WESTERN DISTRICT OF WASHINGTON
9                  TACOMA DIVISION

10   ALICE F.,                                    Civil No. 3:19-CV-05932-MAT

11       Plaintiff,

12       vs.                                      ORDER

13   COMMISSIONER OF SOCIAL SECURITY,

14       Defendant.

15

16          Based on the stipulation of the parties, it is ORDERED that the Commissioner's decision

     in regard to Plaintiff's application for disability insurance benefits under Title II of the Social
17
     Security Act be REVERSED and REMANDED to the Commissioner of Social Security for
18
     further administrative proceedings before an Administrative Law Judge, a de novo hearing, and a
19
     new decision.   On remand, the ALJ will re-evaluate the medical opinion evidence, including the
20
     conclusions of Dr. Ford. The ALJ will also re-evaluate the credibility, RFC, and step five
21
     findings, as necessary.
22
            This Court hereby reverses the Commissioner's decision under sentence four of 42
23
     U.S.C. §405(g) with a remand of the case to the Commissioner for further proceedings. *See*,
24

     Page 1       ORDER - [3:19-CV-05932-MAT]

*Melkonyan v. Sullivan*, 501 U.S. 89 (1991). Plaintiff will be entitled to reasonable attorney fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), upon proper request to this Court.

DATED this 27th day of March, 2020.

Mary Alice Theiler
United States Magistrate Judge

Presented by:

s/ Jeffrey R. McClain
JEFFREY R. MCCLAIN
Special Assistant U.S. Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone: (888) 810-7609
Fax: (206) 615-2531
jeffrey.mcclain@ssa.gov